JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD BETLEJEWSKI | Case No.  SACV15-00054 JLS (ANx) |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION TO DISMISS ACTION** |
| PINNACLE CREDIT SERVICES, LLC | |
| Defendant(s). | |

The parties having stipulated to the dismissal of this action and it appearing that no issues remain for the Court's determination, the court hereby **GRANTS** the parties' stipulation for dismissal of the action.  This action and all claims asserted therein are therefore **DISMISSED** with prejudice.  The Clerk of Court is instructed to close the case file.

Dated:  June 4, 2015

JOSEPHINE L. STATON
_____
Hon. JOSEPHINE L. STATON
United States District Judge

-1-

GRANTING
STIPULATION TO DISMISS ACTION                    Case No.  SACV15-00054 JLS (ANx)